## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ ) | |
| (DROSPIRENONE) MARKETING, SALES ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY ) | |
| LITIGATION ) | MDL No. 2100 |
| ) | |

This Document Relates To:

> *Rita Thomas, et al. v. Bayer HealthCare*      No. 10-cv-10455-DRH
> *Pharmaceuticals Inc., et al.*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on June 29, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.


                                        **JUSTINE FLANAGAN,**
                                        **ACTING CLERK OF COURT**

Digitally signed
by David R.
Herndon
Date: 2015.06.30
15:03:59 -04'00'

**BY:**  __/s/*Caitlin Fischer*__
                                        **Deputy Clerk**

APPROVED:
          DISTRICT JUDGE
          U. S. DISTRICT COURT